**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

DEMAS WAI YAN, aka DENNIS YAN,

     Debtor

_____

DEMAS WAI YAN, aka DENNIS YAN,

     Plaintiff

   v.

DONG FU, aka TONY FU, et al.,

     Defendants

_____

WEI SUEN,

     Plaintiff

   v.

DEMAS YAN, et al.,

     Defendants

_____

STELLA CHEN,

     Plaintiff

   v.

DEMAS WAI YAN, aka DENNIS YAN,

     Defendant

_____/

No. C-06-0508 MMC

Bankruptcy Case No. 04-33526 TEC

Adv. No. 05-03236
(Consolidated with Adv. No. 05-3257)

**ORDER OF REFERRAL**

1    The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to

2  Chief District Judge Vaughn R. Walker for consideration of whether the case is related to

3  Chen v. Yan, et al. (In re Yan), C-06-0363 VRW.

4    The status conference before the undersigned is continued from April 28, 2006 to

5  May 19, 2006, at 10:30 a.m.  A joint status conference statement, setting forth the steps

6  counsel has taken to cause the Clerk of the Bankruptcy Court to transit a copy of the record

7  on appeal to the Clerk of the District Court, shall be filed no later than May 12, 2006.  The

8  status conference will stand vacated upon the filing in the District Court of the record on

9  appeal, at which time a briefing schedule will issue.

10    **IT IS SO ORDERED.**

11

12  Dated: April 25, 2006

13  MAXINE M. CHESNEY
    United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2