William Webb Farrer (SBN 95276)
LAW OFFICES OF WILLIAM WEBB FARRER
300 Montgomery Street, Suite 600
San Francisco, California 94104
(415) 765-9100
(415) 765-9109 (fax)

Attorneys for Stella Chen

UNITED STATES DISTRICT COURT

SAN FRANCISCO

| | |
|---|---|
| STELLA CHEN,<br><br>    Plaintiff,<br><br>    v.<br><br>DEMAS WAI YAN aka DENNIS YAN<br><br>    Defendant. | Case No. 3:06-CV-00363-VRW |
| WEI SUEN, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>DEMAS YAN, et al,<br><br>    Defendants. | Case No. 3:06-CV-00508-MMC |
| DEMAS YAN a/k/a DENNIS YAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>DONG FU, et al,<br><br>    Defendants. | Case No. 3:06-CV-00509-JSW<br><br>**NOTICE OF RELATED BANKRUPTCY APPEALS**<br>    (L.R. 3-12) |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that pursuant to L.R. 3-12, Stella Chen ("Chen") believes that certain bankruptcy appeal entitled <u>Stella Chen v. Demas Wai Yan</u> pending before the Honorable Vaughn R. Walker in the United States District Court (San Francisco) (Appeal No. 06-CV-00363) is related to that certain bankruptcy appeal entitled <u>Demas Wai Yan v. Wei Suen</u> (Appeal No. 06-CV-00508) which is pending before the Honorable Maxine M. Chesney in the United States District Court (San Francisco) and that certain bankruptcy appeal entitled <u>Demas Wai Yan v. Stella Chen</u> (Appeal No. 06-CV-00509) which is pending before the Honorable Jeffrey S. White in the United States District Court (San Francisco) on the grounds that all three bankruptcy appeals arise from the Amended Judgment entered on March 3, 2006 by the U.S. Bankruptcy Court, Northern District of California (S.F. Division), a true and correct copy of which is attached hereto as Exhibit A.

Chen believes that all three bankruptcy appeals concern the same parties, property and events and there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before, and determined by, different Judges.

Accordingly, Chen requests that all three bankruptcy appeals be consolidated before the Honorable Vaughn Walker in Appeal No. 06-CV-00363 which was the first appeal docketed. In addition, Chen requests that the status conference set in Appeal Nos. 06-CV-00508 and 06-CV-00509 be vacated.

Dated: April 27, 2006                    LAW OFFICES OF WILLIAM WEBB FARRER

By _____/s/_____
   William Webb Farrer, Esq.,
   Attorneys for Secured Creditor Stella Chen

Notice of Related Bankruptcy Appeals (1319\P092.WWF)                                         - 2 -