**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>DEMAS WAI YAN, aka DENNIS YAN,<br>      Debtor<br>_____<br>DEMAS WAI YAN, aka DENNIS YAN,<br>      Plaintiff<br>  v.<br>DONG FU, aka TONY FU, et al.,<br>      Defendants<br>_____<br>WEI SUEN,<br>      Plaintiff<br>  v.<br>DEMAS YAN, et al.,<br>      Defendants<br>_____<br>STELLA CHEN,<br>      Plaintiff<br>  v.<br>DEMAS WAI YAN, aka DENNIS YAN,<br>      Defendant<br>_____/ | No. C-06-0508 MMC<br><br>Bankruptcy Case No. 04-33526 TEC<br><br>Adv. No. 05-03236<br> (Consolidated with Adv. No. 05-3257)<br><br><br>**ORDER CONTINUING STATUS CONFERENCE** |

In light of the pendency of the Order of Referral, filed April 25, 2006, the status conference before the undersigned is continued from May 19, 2006 to July 7, 2006, at 10:30 a.m.  A joint status conference statement, setting forth the steps counsel has taken to cause the Clerk of the Bankruptcy Court to transit a copy of the record on appeal to the Clerk of the District Court, shall be filed no later than June 30, 2006.  The status conference will stand vacated upon the filing in the District Court of the record on appeal, at which time a briefing schedule will issue.

**IT IS SO ORDERED.**

Dated: May 9, 2006

MAXINE M. CHESNEY
United States District Judge