```
 1  CORPORATE COUNSEL LAW GROUP, LLP
    JOHN CHU (#104302)
 2  505 Sansome Street, Suite 475
    San Francisco, CA 94111
 3  Telephone 415-989-5300
    Fax 415-788-4315
 4
    Attorneys For Plaintiff/Appellant
 5  Wei Suen

 6

 7                  UNITED STATES DISTRICT COURT

 8     NORTHERN DISTRICT OF CALIFORNIA--SAN FRANCISCO DIVISION

 9  Stella Chen,                    )  Case No. C-06-00363-VRW
                                    )
10      Plaintiff,                  )  Consolidated with:
                                    )
11          v.                      )
                                    )
12  Demas Wai Yan, aka Dennis Yan,  )
                                    )
13      Defendant.                  )
    _____)
14                                  )
    Wei Suen,                       )  Case No. C-06-00508-MMC
15                                  )
        Plaintiff,                  )
16                                  )
            v.                      )
17                                  )
    Demas Yan, et al.               )
18                                  )
        Defendants.                 )
19  _____)
                                    )
20  Demas Wai Yan, aka Dennis Yan,  )  Case No. C-06-00509-JSW
                                    )
21      Plaintiff,                  )  STIPULATION FOR CONTINUANCE OF
                                    )  CASE MANAGEMENT CONFERENCE AND
22          v.                      )  ORDER THEREON
                                    )
23  Dong Fu, aka Tony Fu, et al.    )
                                    )
24      Defendants.                 )
    _____)
25

26      Whereas, the appeals in Case Nos. 06-00363 and 06-00509 have

27  been settled and dismissed, and the parties to the remaining

28  appeal (no. 06-00508) appellant Wei Suen and appellee Janina
```

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON    1

1 | Elder, the Chapter 11 Chapter Trustee, as successor-in-interest
2 | to the rights of the debtor/appellee Demas Yan, jointly requested
3 | a 60 day continuance of the case management conference previously
4 | set for September 12, 2006 at 9:00 a.m. for the purpose of
5 | pursuing further settlement discussions, the parties hereby
6 | stipulate by and through their respective counsel of record to
7 | the continuance of the case management conference ordered below.

9 | Dated: 9/20/06      /s/ John Chu
                        Corporate Counsel Law Group, LLP
10 |                    By John Chu
                        Attorneys For Appellant Wei Suen

12 |
13 | Dated: 9/19/06     /s/ Joanne Lafreniere
                        Stromsheim & Associates
                        By Joanne Lafreniere
14 |                    Attorneys For Chapter 11 Trustee
                        Janina M. Elder

16 |                              ORDER
17 |   Pursuant to the parties' stipulation, the Case Management
18 | Conference is reset for Tuesday, November 7, 2006 at 9:00 a.m.

20 | Dated: October 2, 2006         /s/ (signature)
                                    Vaughn R. Walker
21 |                                United States District Judge

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON    2

1  I hereby attest that I have on file all holograph signatures
2  for any signatures indicated by a "conformed" signature (/S/)
3  within this efiled document.
4
5  Date:    9/20/06                    /s/ John Chu
                                        John Chu
6
7
8
...
28

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON    3