```
 1  CORPORATE COUNSEL LAW GROUP, LLP
    JOHN CHU (#104302)
 2  505 Sansome Street, Suite 475
    San Francisco, CA 94111
 3  Telephone 415-989-5300
    Fax 415-788-4315
 4
    Attorneys For Plaintiff/Appellant
 5  Wei Suen

 6

 7                    UNITED STATES DISTRICT COURT

 8       NORTHERN DISTRICT OF CALIFORNIA--SAN FRANCISCO DIVISION

 9  Stella Chen,                    )  Case No. C-06-00363-VRW
                                    )
10        Plaintiff,                )  Consolidated with:
                                    )
11           v.                     )
                                    )
12  Demas Wai Yan, aka Dennis Yan,  )
                                    )
13        Defendant.                )
    _____)
14                                  )
    Wei Suen,                       )  Case No. C-06-00508-VRW
15                                  )
          Plaintiff,                )
16                                  )
             v.                     )
17                                  )
    Demas Yan, et al.               )
18                                  )
          Defendants.               )
19  _____)
                                    )
20  Demas Wai Yan, aka Dennis Yan,  )  Case No. C-06-00509-VRW
                                    )
21        Plaintiff,                )  STIPULATION FOR CONTINUANCE OF
                                    )  CASE MANAGEMENT CONFERENCE AND
22           v.                     )  ORDER THEREON
                                    )
23  Dong Fu, aka Tony Fu, et al.    )
                                    )
24        Defendants.               )
    _____)
25

26       Whereas, the appeals in Case Nos. 06-00363 and 06-00509 have

27  been settled and dismissed, and the parties to the remaining

28  appeal (no. 06-00508) appellant Wei Suen and appellee Janina
```

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON        1

1  Elder, the Chapter 7 Trustee, as successor-in-interest to the
2  rights of the debtor/appellee Demas Yan, jointly requested an
3  additional continuance of the case management conference
4  previously set for November 7, 2006 at 9:00 a.m. for the purpose
5  of pursuing further settlement discussions, the parties hereby
6  stipulate by and through their respective counsel of record to
7  the continuance of the case management conference ordered below.

9  Dated:   11/9/06            /s/ John Chu
                               Corporate Counsel Law Group, LLP
10                             By John Chu
                               Attorneys For Appellant Wei Suen

12
13 Dated:   11/9/06            /s/ Joanne Lafreniere
                               Stromsheim & Associates
                               By Joanne Lafreniere
14                             Attorneys For Chapter 7 Trustee
                               Janina M. Elder

16                        ORDER
17     Pursuant to the parties' stipulation, the Case Management
18 Conference is reset for Tuesday, December 19, 2006 at 9:00 a.m.

20 Dated: Nov. 21, 2006        _____
21                             Vaughn R. Walker
                               United States District Judge

*IT IS SO ORDERED* — Judge Vaughn R Walker

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON    2

```
1      I hereby attest that I have on file all holograph signatures
2  for any signatures indicated by a "conformed" signature (/S/)
3  within this efiled document.
4
5  Date:   11/10/06                /s/ John Chu
                                   John Chu
```