```
 1  CORPORATE COUNSEL LAW GROUP, LLP
    JOHN CHU (#104302)
 2  505 Sansome Street, Suite 475
    San Francisco, CA 94111
 3  Telephone 415-989-5300
    Fax 415-788-4315
 4
    Attorneys For Plaintiff/Appellant
 5  Wei Suen

 6

 7                   UNITED STATES DISTRICT COURT

 8      NORTHERN DISTRICT OF CALIFORNIA--SAN FRANCISCO DIVISION

 9  Stella Chen,                      )  Case No. C-06-00363-VRW
                                      )
10       Plaintiff,                   )  Consolidated with:
                                      )
11          v.                        )
                                      )
12  Demas Wai Yan, aka Dennis Yan,    )
                                      )
13       Defendant.                   )
    _____)
14                                    )
    Wei Suen,                         )  Case No. C-06-00508-VRW
15                                    )
         Plaintiff,                   )
16                                    )
            v.                        )
17                                    )
    Demas Yan, et al.                 )
18                                    )
         Defendants.                  )
19  _____)
                                      )
20  Demas Wai Yan, aka Dennis Yan,    )  Case No. C-06-00509-VRW
                                      )
21       Plaintiff,                   )  STIPULATION FOR CONTINUANCE OF
                                      )  CASE MANAGEMENT CONFERENCE AND
22          v.                        )  ORDER THEREON
                                      )
23  Dong Fu, aka Tony Fu, et al.      )
                                      )
24       Defendants.                  )
    _____)
25

26       Whereas, the appeals in Case Nos. 06-00363 and 06-00509 have

27  been settled and dismissed, and the parties to the remaining

28  appeal (no. 06-00508) appellant Wei Suen and appellee Janina
```

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON   1

1 | Elder, the Chapter 7 Trustee, as successor-in-interest to the
2 | rights of the debtor/appellee Demas Yan, jointly requested an
3 | additional continuance of the case management conference
4 | previously set for December 19. 2006 at 9:00 a.m. for the
5 | purpose of pursuing further settlement discussions and/or
6 | mediation, the parties hereby stipulate by and through their
7 | respective counsel of record to the continuance of the case
8 | management conference ordered below.

10 | Dated:   12/18/06         /s/ John Chu
         Corporate Counsel Law Group, LLP
11 |     By John Chu
         Attorneys For Appellant Wei Suen

13
14 | Dated:   12/18/06         /s/ Joanne Lafreniere
         Stromsheim & Associates
         By Joanne Lafreniere
15 |     Attorneys For Chapter 7 Trustee
         Janina M. Elder

17 | ORDER
18 |   Pursuant to the parties' stipulation, the Case Management
19 | Conference is reset for Tuesday, February 13, 2007 at 9:00 a.m.

21 | Dated: December 22, 2006
22 |              Vaughn R. Walker
                 United States District Judge

GRANTED
Judge Vaughn R Walker

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON    2

1 | I hereby attest that I have on file all holograph signatures
2 | for any signatures indicated by a "conformed" signature (/S/)
3 | within this efiled document.
4 |
5 | Date:   12/18/06              /s/ John Chu
                                  John Chu

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON   3