REIDUN STRØMSHEIM # 104938
JOANNE LAFRENIERE # 158011
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for JANINA M. ELDER, Trustee
for Bankruptcy Estate of Demas Yan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEI SUEN,<br><br>      Plaintiff/ Appellant,<br><br>      v.<br><br>DEMAS YAN, et al.,<br><br>      Defendants/ Appellees. | Case No. C 06-00508-VRW<br><br>[*In re Demas Yan*, Bankruptcy Case No. 04-33526; Appeal from Adv. Pro. No. 05-3257]<br><br>APPENDIX IN SUPPORT OF BRIEF OF APPELLEE, JANINA M. ELDER, TRUSTEE<br><br>Date: July 12, 2007<br>Time: 10:00 a.m.<br>Courtroom 6, Floor 17<br>Hon. Vaughn R. Walker |

The following attachments are submitted in support of the Brief of the Appellee, Janina M. Elder, Trustee, and are referred to in the Appellee's Brief. Each is identified by its designation in the Appellant's Second Amended Statement of Issues and Designation fo Record.

1.    Appellant's Record 10, Trial Exhibit D, Yan - Fu contract.

2.    Appellant's Record 10, Trial Exhibit KK, "Demas Yan's payments toward construction related expenses."

3.    Appellant's Record 10, Trial Exhibit VV, "Dong Fu's Amended Responses to Demas Yan's First Set of Specially Prepared Interrogatories"

4. Appellant's Record 11, Reporter's Transcript of Proceedings Reporter's Transcript, testimony of Demas Yan, December 1, 2005: Excerpts, pages 10 - 38, 60 - 62.

5. Appellant's Record 11, Reporter's Transcript of the parties' closing arguments, December 2, 2005.

DATED: This 14th day of June, 2007.

STROMSHEIM & ASSOCIATES

/s/ Joanne LaFreniere
Attorneys for JANINA M. ELDER,
Chapter 7 Trustee for the Estate of Demas Yan

APPENDIX IN SUPPORT OF
APPELLEE'S BRIEF - CASE NO. 06-00508    -2-

STROMSHEIM & ASSOCIATES