```
Charles M. Kagay – SBN 73377
SPIEGEL LIAO & KAGAY, LLP
Bartholomew Lee, of Counsel – SBN 57592
388 Market Street, Suite 900
San Francisco, California 94111
Telephone: (415) 956-5959
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DEMAS WAI YAN, aka DENNIS YAN,<br><br>  Debtor.<br><br>——————————————————<br><br>WEI SUEN,<br><br>  Plaintiff/Appellant,<br><br>    v.<br><br>DEMAS YAN, et al.,<br><br>  Defendants/Appellees. | U.S.D.C. C-06-00508-VRW<br><br>Bankr. Case No. 04-33526<br>Bankr. Adv. No. 05-3257<br><br>**DECLARATION OF JOHN CHU IN SUPPORT OF APPELLANT WEI SUEN'S OPPOSITION TO MOTION TO DISMISS APPEAL**<br><br>Date: August 2, 2007<br>Time: 2:00 P.M.<br>Courtroom: 6, 17th Floor<br>The Hon. Vaughn Walker |

I, JOHN CHU, declare as follows:

1. I was appellant Wei Suen's counsel of record in the underlying bankruptcy action (BK No. 04-33526 TEC, Adv. No. 05-03236, and Adv. No. 05-03257). I submit this Declaration in support of the accompanying Opposition to Motion to Dismiss Appeal. I have personal knowledge of the facts stated in this action.

---

Chu Declaration in Support of Opposition to Motion to Dismiss Appeal – No. C-06-00508-VRW
SPIEGEL LIAO & KAGAY, LLP 388 MARKET STREET, SUITE 900 SAN FRANCISCO, CA 94111

2. I make this declaration based on my own personal knowledge. If called to testify in this action, I could and would testify competently as herein declared.

3. I represented appellant Wei Suen during the trial of the aforementioned bankruptcy action. The exhibits attached hereto are true and correct copies of documents admitted into evidence during the trial of the aforementioned bankruptcy action.

4. Exhibit A to this Declaration is a true and correct copy of the document admitted into evidence as Plaintiff's Exhibit 94.

5. Exhibit B to this Declaration is a true and correct copy of the document admitted into evidence as Plaintiff's Exhibit 95.

6. Exhibit C to this Declaration is a true and correct copy of the document admitted into evidence as Plaintiff's Exhibit 96.

7. During the trial proceedings on July 27, 2005, two different documents were marked for identification as Plaintiff's Exhibit 97. However, only one of these marked documents was admitted into evidence as Plaintiff's Exhibit 97. The other was admitted into evidence as Plaintiff's Exhibit 98. Exhibit D to this Declaration contains a true and correct copy of the document admitted into evidence as Plaintiff's Exhibit 97. It also contains a true and correct portion of the transcript of the proceedings on July 27, 2005 concerning Plaintiff's Exhibits 97 and 98.

8. Exhibit E to this Declaration is a true and correct copy of the other document that was marked for identification as Exhibit 97. This document was not admitted into evidence as Exhibit 97; it was remarked as Exhibit 98 and admitted as such. Exhibit F to this declaration is the document admitted at trial as Exhibit 98.

9. Exhibit G to this Declaration is a true and correct copy of the document admitted into evidence as Plaintiff's Exhibit 99.

10. Exhibit H to this Declaration is a true and correct copy of the document admitted into evidence as Plaintiff's Exhibit 100.

11. Exhibit I to this Declaration is a true and correct copy of the document admitted into evidence as Plaintiff's Exhibit 101.

12. Exhibit J to this Declaration is a true and correct copy of the document admitted into evidence as Plaintiff's Exhibit 102.

13. Exhibit K to this Declaration is a true and correct copy of the document admitted into evidence as Plaintiff's Exhibit 103.

14. Exhibit L to this Declaration is a true and correct copy of the document admitted into evidence as Plaintiff's Exhibit 104.

15. Exhibit M to this Declaration is a true and correct copy of the document admitted into evidence as Plaintiff's Exhibit 105.

16. Exhibit N to this Declaration is a true and correct copy of the document admitted into evidence as Plaintiff's Exhibit 106.

17. Exhibit O to this Declaration is a true and correct copy of the document admitted into evidence as Plaintiff's Exhibit 119.

18. Exhibit P to this Declaration is a true and correct copy of the document admitted into evidence as Plaintiff's Exhibit 120.

19. Exhibit Q to this Declaration is a true and correct copy of the document admitted into evidence as Plaintiff's Exhibit 121.

20. Exhibit R to this Declaration is a true and correct copy of the document admitted into evidence as Plaintiff's Exhibit 122.

21. Exhibit S to this Declaration is a true and correct copy of the document admitted into evidence as Plaintiff's Exhibit 123.

22. Exhibit T to this Declaration is a true and correct copy of the document admitted into evidence as Plaintiff's Exhibit 124.

23. Exhibit U to this Declaration is a true and correct copy of the document admitted into evidence as Plaintiff's Exhibit 125.

1   24.   Exhibit V to this Declaration is a true and correct copy of the document admitted into
2         evidence as Defendant's Exhibit A.
3   25.   Exhibit W to this Declaration is a true and correct copy of the document admitted into
4         evidence as Defendant's Exhibit B.
5   26.   Exhibit X to this Declaration is a true and correct copy of the document admitted into
6         evidence as Defendant's Exhibit C.
7   27.   Exhibit Y to this Declaration is a true and correct copy of the document admitted into
8         evidence as Defendant's Exhibit D.
9   28.   Exhibit Z to this Declaration is a true and correct copy of the document admitted into
10        evidence as Defendant's Exhibit E.
11  29.   Exhibit AA to this Declaration is a true and correct copy of the document admitted
12        into evidence as Defendant's Exhibit HH.
13  30.   Exhibit BB to this Declaration is a true and correct copy of the document admitted
14        into evidence as Defendant's Exhibit KK.
15  31.   Exhibit CC to this Declaration is a true and correct copy of the document admitted
16        into evidence as Defendant's Exhibit VV.
17
18
19
20
21
22
23
24
25
26

Chu Declaration in Support of Opposition to Motion to Dismiss Appeal – No. C-06-00508-VRW
SPIEGEL LIAO & KAGAY, LLP 388 MARKET STREET, SUITE 900 SAN FRANCISCO, CA 94111

32. Exhibit DD to this Declaration is a true and correct copy of the document admitted into evidence as Defendant's Exhibit DDD.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

San Francisco, California

Date: July 20, 2007

/s/ John Chu
John Chu

I, Charles Kagay, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

SPIEGEL LIAO & KAGAY

/s/ Charles M. Kagay
Charles M. Kagay

S:\632 Suen\Opposition to Motion to Dismiss\John Chu Declaration and Exs\John Chu Declaration ISO Opposition to Motion to Dismiss (E-Filed 7-20-07).wpd

Chu Declaration in Support of Opposition to Motion to Dismiss Appeal – No. C-06-00508-VRW
SPIEGEL LIAO & KAGAY, LLP 388 MARKET STREET, SUITE 900 SAN FRANCISCO, CA 94111