1
2
3
4
5
6              **IN THE UNITED STATES DISTRICT COURT**
7            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
8
9  **In re**
10 **DEMAS WAI YAN, aka DENNIS YAN**        No CV 06-0508 VRW
11          Debtor.                   (Appeal from Bankr No 04-33526)
12 _____
                                          ORDER
13 **WEI SUEN**
14         Plaintiff/Appellant
15              v
16 **DEMAS YAN, et al,**
17         Defendants/Appellees
18 _____/
19
20
21        After the court entered its July 2 order requiring
22 prompt resolution of problems with the record on appeal (doc
23 #35), appellee Janina Elder, the bankruptcy trustee, moved to
24 dismiss the appeal alleging continued disagreements about the
25 record.  Doc #42.  In the alternative, she requests dismissal of
26 factual issues requiring reference to the record.  Id.  Appellant
27 Wei Suen has filed papers opposing dismissal of any part of the
28 appeal.  Doc #44-47.

1   Separately, on July 23, the clerk of the bankruptcy
2 court placed more record documents in transit to the district
3 court.
4   In light of these developments, consideration of the
5 merits of the appeal appears premature.  Accordingly, the August
6 2 hearing will be devoted to appellee's motion to dismiss and any
7 other procedural issues that must be resolved before the court
8 proceeds to the merits.  As noted in the July 2 order, the local
9 rules of this court require that the record on appeal include "a
10 transcript of the hearing or a summary thereof agreed upon by all
11 parties."  BLR 8006-1.
12   The parties may request a separate date for hearing on
13 the merits following the August 2 hearing.

15   IT IS SO ORDERED.

   VAUGHN R WALKER
   United States District Chief Judge

2