1  Charles M. Kagay – SBN 73377
   Pamela Pham – SBN 235493
2  SPIEGEL LIAO & KAGAY, LLP
   388 Market Street, Suite 900
3  San Francisco, California 94111
   Telephone:  (415) 956-5959

4

5

6

7

8

                    **UNITED STATES DISTRICT COURT**

                   **NORTHERN DISTRICT OF CALIFORNIA**

9   In re                                  U.S.D.C. C-06-00508-VRW

10  DEMAS WAI YAN, aka DENNIS YAN,          Bankr. Case No.  04-33526
                                           Bankr. Adv. No.  05-3257
11

12                            Debtor.       **STIPULATION AND ORDER
                                           CONTINUING THE
13                                          FURTHER SETTLEMENT
                                           CONFERENCE SET FOR
14                                          SEPTEMBER 24, 2007**

15

16  WEI SUEN                                Date:  September 24, 2007
                                           Time:  10:00 A.M.
17         Plaintiff/Appellant,            Courtroom:  C, 15th Floor

                    v.
18

19  DEMAS YAN, et al.,

20         Defendants/Appellees.

21        On August 2, 2007, the Court set the Argument on the above-entitled appeal for

22  September 13, 2007.  Thereafter, United States Magistrate Judge Edward M. Chen changed

23  the date of the Further Settlement Conference on this appeal from September 13, 2007 to

24  September 24, 2007.  To ensure that the parties would have adequate time to prepare for the

25  settlement conference following the completion of oral argument, Appellant Wei Suen and

26  Appellee Janina M. Elder, Chapter 7 Trustee and successor-in-interest to the rights of

Debtor/Appelle Demas Yan, by and through their counsel of record, hereby stipulate and agree to continue the Further Settlement Conference to December 17, 2007 at 10:00 a.m., because December 17, 2007 is the earliest available date on Magistrate Judge Chen's calendar.  The parties further stipulate and agree that settlement conference statements shall be lodged with the chambers of Magistrate Judge Chen no later than December 10, 2007.

Dated:  August 31, 2007

SPIEGEL LIAO & KAGAY LLP

/s/ Charles M. Kagay
_____
Charles M. Kagay
Attorney for Appellant Wei Suen

STROMSHEIM & ASSOCIATES

/s/ Joanne LaFreniere
_____
Joanne LaFreniere
Attorney for Chapter 7 Trustee
Janina M. Elder

I, Charles M. Kagay, attest that concurrence in the filing of the document has been obtained from the other signatory.

Spiegel Liao & Kagay, LLP

/s/ Charles M. Kagay
_____
Charles M. Kagay
Attorney for Appellant Wei Suen

**ORDER**

___x___PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: September 10, 2007
_____   _____
                                         Judge Vaughn R Walker
VAUGH                         United States District Judge

IT IS SO ORDERED

2